[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 23, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10640
Non-Argument Calendar

_____

D.C. Docket No. 06-00318-CR-RWS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TROY ALEXIS

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

(November 23, 2009)

Before TJOFLAT, WILSON and COX, Circuit Judges

PER CURIAM:

Mary Erickson, appointed counsel for Troy Alexis in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Alexis's convictions and sentences are **AFFIRMED**.